**UNITED STATES of America,**
**Appellee,**

v.

**Yvonne BOHAM, Defendant, Appellant.**

No. 03–1665.

United States Court of Appeals,
First Circuit.

June 28, 2004.

Douglas J. Beaton, for appellant.

Mark E. Howard, Assistant United States Attorney, with whom Thomas P. Colantuono, United States Attorney, was on brief, for appellee.

Before SELYA, Circuit Judge, COFFIN, Senior Circuit Judge, and LYNCH, Circuit Judge.

PER CURIAM.

The instant appeal was consolidated for argument in this court with, inter alia, an appeal in *United States v. Salinas*, No. 03–2376. The opinion in *Salinas*, issued earlier today, is dispositive of the question raised in this appeal. Consequently, for the reasons set forth in our *Salinas* opinion, we reverse the district court's venue determination, vacate Boham's conviction, and remand with instructions to dismiss the indictment without prejudice for lack of venue.

***Reversed and remanded.***